■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES PEARCE, Appellant, v ROBERT A. KIRKPATRICK, Superintendent, Wende Correctional Facility, Respondent. (Appeal No. 1.) [944 NYS2d 712]—Appeal from a judgment (denominated order) of the Supreme Court, Erie County (Penny M. Wolfgang, J.), entered November 30, 2010 in a proceeding pursuant to CPLR article 70. The judgment granted the motion of petitioner for leave to reargue, and upon reargument, adhered to the prior determination denying the petition for a writ of habeas corpus.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Smith, Fahey and Sconiers, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES PEARCE, Appellant, v ROBERT A. KIRKPATRICK, Superintendent, Wende Correctional Facility, Respondent. (Appeal No. 2.) [942 NYS2d 391]—Appeal from a judgment (denominated order) of the Supreme Court, Erie County (Penny M. Wolfgang, J.), dated October 18, 2010 in a proceeding pursuant to CPLR article 70. The judgment, insofar as appealed from, denied the petition for a writ of habeas corpus.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985 [1990]). Present—Scudder, P.J., Smith, Fahey and Sconiers, JJ.